1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LESLIE WYN BOWDEN,

Plaintiff,

v.

CHRISTINE O. GREGOIRE, *et al*,

Defendants.

Case No.  C08-5516FDB-KLS

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28

U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an

application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a

complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper

application to proceed *in forma pauperis*.

On August 19, 2008, plaintiff filed a number of documents with this Court consisting of the

following: a "notice of preparation of legal notice and declaration" and "emergency motion for federal

intervention and protection," along with various attached exhibits (Dkt. #1); a "revised notice of

preparation" of his emergency motion (Dkt. #2); and a "notice to the United States Marshals Service, and

to the Court" (Dkt. #3).  These documents present allegations that he is being hindered from practicing his

ORDER
Page - 1

religion by the actions of various prison officials, that he is being threatened with a transfer to another prison facility against his wishes, and that he is being denied adequate legal materials with which to pursue this action. On August 18, 2008, plaintiff filed a letter addressed to the United States Marshals and the Court addressing similar concerns. (Dkt. #4).

On August 26, 2008, the Clerk sent plaintiff a letter informing him that he must either pay the $350.00 Court filing fee or submit a proper application to proceed *in forma pauperis* by September 25, 2008, or this matter could be subject to dismissal. (Dkt. #5). The Clerk also informed plaintiff that he needed to provide a copy of his prison trust account statement showing transactions for the past six months, and that he must complete and return the written consent for payment of costs required by Local Rule CR 3(b). In addition, the Clerk stated in the letter that he had provided an insufficient number of copies of his complaint for service.

None of the above documents plaintiff filed, however, constitute a proper complaint. See Federal Rule of Civil Procedure 8(a) (pleading that states claim for relief must contain short and plain statement of grounds for court's jurisdiction, short and plain statement of claim showing pleader is entitled to relief, and demand for relief sought). Rather, they are all noted as notices or motions, even though plaintiff has not properly initiated this action by paying the required filing fee or filing a proper application to proceed *in forma pauperis* and by filing a proper complaint. This includes as well the third "emergency motion for federal intervention and protection" and attached exhibits he filed on August 27, 2008. (Dkt. #6).

As such, the Court will not consider any of the documents plaintiff has filed in this matter to date, and will be returned to plaintiff as they appear to contain a number of original documents. Rather, by **no later than October 8, 2008**, plaintiff, as directed by the Clerk in his August 26, 2008 letter, shall either (1) pay the $350.00 Court filing fee, or (2) submit (i) a properly completed application to proceed *in forma pauperis*, (ii) a copy of his prison trust account showing the balance and activity of his account for the past six months as required by 28 U.S.C. § 1915(a)(2), (iii) the written acknowledgment and authorization form, authorizing the agency having custody over him to collect from his prison trust account an initial partial filing fee and subsequent monthly payments until the full filing fee is paid as required by 28 U.S.C. § 1915(b), and (iv) the written consent for payment of costs required by Local Rule CR 3(b). In addition, plaintiff shall file a complaint in accordance with Fed. R. Civ. P. 8(a) on the Court-

1  approved form used for filing civil rights complaints.

2          **Plaintiff is warned that failure to cure these deficiencies by the above date shall be deemed a**

3  **failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

4  The Clerk is directed to send a copy of this Order to plaintiff, along with the appropriate Court-approved

5  complaint form, *in forma pauperis* application form, and acknowledgment and authorization form.  The

6  Clerk already has sent plaintiff a copy of the written consent form.  The Clerk also is directed to return to

7  plaintiff all of documents he has filed in this matter to date.

8          DATED this 8th day of September, 2008.

9

10

11                                          Karen L. Strombom
                                            United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 3