UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LESLIE WYN BOWDEN,

    Plaintiff,

v.

CHRISTINE O. GREGOIRE, *et al*,

    Defendants.

Case No. C08-5516FDB-KLS

ORDER DENYING SERVICE OF COMPLAINT BY UNITED STATES MARSHALS

This matter comes before the Court on plaintiff's filing of a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #26). Plaintiff has been granted *in forma pauperis* status in this case. (Dkt. #27). Because plaintiff has not provided the Court with any forms for service, however, the Court will not order service of the second amended complaint at this time.

The Clerk is directed to send **sixteen (16)** service forms to plaintiff for him to fill out and return to the Court so that the Court can attempt service by mail. The forms must be returned on or before **January 11, 2009**, or the Court will recommend dismissal of this case for failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 11th day of December, 2008.

                         /s/ Karen L. Strombom
                         Karen L. Strombom
                         United States Magistrate Judge

ORDER
Page - 1