UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LESLIE WYN BOWDEN,

    Plaintiff,

v.

CHRISTINE O. GREGOIRE, *et al*,

    Defendants.

Case No. C08-5516FDB-KLS

ORDER REGARDING PLAINTIFF'S REQUEST FOR APPOINTMENT OF ASSISTANT ATTORNEY GENERAL

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Federal Rule of Civil Procedure 72. The case is before the Court on plaintiff's filing of a request for the appointment of an Assistant Attorney General to assist him in the prosecution of his case. (Dkt. #32). After reviewing plaintiff's request and the balance of the record, the Court finds and orders as follows:

First, it must be noted that plaintiff has not properly noted his request as a motion. Second, that request is entirely without merit. Plaintiff states he has been unable to obtain private legal representation in this matter. As such, he states he must request the assistance of an Assistant Attorney General so that he can effectively prosecute this case. However, plaintiff has made no showing that the Washington State Attorney General's Office is legally obligated to provide him with counsel. Indeed, that office typically only provides legal representation to state agencies and officials.

Nor has plaintiff shown he is entitled to appointment of legal counsel at government expense here.

1 There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. While the court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, it may do so only in exceptional circumstances. <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1236 (9th Cir. 1984); <u>Aldabe v. Aldabe</u>, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. <u>Wilborn</u>, 789 F.2d at 1331.

Plaintiff has not established the existence of exceptional circumstances here, such as a likelihood of success on the merits or an inability to articulate his claims *pro se*. Indeed, plaintiff has been able to file numerous legal pleadings and other documents on his own behalf. Finally, the legal issues involved in this matter are not necessarily so complex that he cannot continue to do so. For the foregoing reasons, therefore, plaintiff's request for the appointment of an Assistant Attorney General to assist him in the prosecution of his case (Dkt. #32) hereby is DENIED.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 10th day of February, 2009.

Karen L. Strombom
United States Magistrate Judge