UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LESLIE WYN BOWDEN,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINE O. GREGOIRE, *et al*,<br><br>    Defendants. | Case No. C08-5516FDB-KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER OF ISSUANCE OF PUBLIC DISCLOSURE REQUEST DOCUMENTS |

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Federal Rule of Civil Procedure 72. The case is before the Court on plaintiff's filing of a motion for order of issuance of public disclosure request documents. (Dkt. #32). After reviewing plaintiff's motion and the balance of the record, the Court finds and orders as follows:

In his motion, plaintiff requests that the Court issue an order requiring Cynthia Hood, a Public Disclosure Specialist with the Washington State Department of Corrections's Public Disclosure Unit, to issue certain documents he has requested from here. Ms. Hood, however, is not a party to this case, and thus is not bound by an order of this Court in this matter. See Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 110 (1969) ("It is elementary that one is not bound by a judgment in personam resulting from litigation in which he is not designated as a party or to which he has not been made a party by service of process."). In other words, the Court "has no power to adjudicate a personal claim or

ORDER
Page - 1

obligation" against the CBBC, as it lacks jurisdiction over Ms. Hood. Id. Nor has plaintiff shown he has had issued a proper subpoena *duces tecum* in this case seeking the documents he desires.

Accordingly, for the foregoing reasons, plaintiff's motion for order of issuance of public disclosure request documents (Dkt. #32) hereby is DENIED.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 10th day of February, 2009.

Karen L. Strombom
United States Magistrate Judge