UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LESLIE WYN BOWDEN,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTINE O. GREGOIRE, *et al*,<br><br>        Defendants. | Case No. C08-5516 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PLAINTIFF'S COMBINED MOTION FOR STAY AND MOTION FOR INJUNCTIVE RELIEF |

This matter comes before the Court on the Recommendation of the Magistrate Judge that Plaintiff's combined emergency motion for an order for stay of proceedings and motion for injunctive relief. [Dkt. # 88] be denied. Plaintiff has filed pleadings entitled "Emergency Follow-Up" which the Court considers as objections to the Report and Recommendation. As detailed in the Report and Recommendation, Plaintiff's request for a stay of proceedings is meritless and should be denied. So, too, should his request for injunctive relief be denied.

The Court, having reviewed the Report and Recommendation, Plaintiff's motion for a stay and an order for injunctive relief [Dkt. #88], Plaintiff's objections, and the remaining record, hereby finds and ORDERS:

(1) The Magistrate Judge's Report and Recommendation is approved and adopted;

(2) Plaintiff's motion for an order for stay and for injunctive relief [Dkt. # 88] is **DENIED**;

(3) The Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

DATED this 23rd day of November, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1