08-CV-05516-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LESLIE WYN BOWDEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE O. GREGOIRE, *et al*,<br><br>　　　　　　Defendants. | Case No. C08-5516 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR AN ORDER FOR INJUNCTIVE RELIEF |

　　This matter comes before the Court on the recommendation of the Magistrate Judge that Plaintiff's motion for an order for injunctive relief [Dkt. # 82] be denied. The Plaintiff has filed pleadings entitled "Emergency Follow-Up" which the Court construes as objections to the Report and Recommendation.

　　As clearly detailed by the Magistrate Judge, Plaintiff has made no showing that the traditional or alternative standards for obtaining preliminary injunctive relief have been met here. He has failed to show he has been harmed in any way as a result of the alleged lack of certain writing and legal materials or insufficient law library access. Plaintiff also has not shown a likelihood of success on the merits of the claims in his complaint. Finally, Plaintiff seeks relief against a non-party to this litigation.

　　The Court, having reviewed the Report and Recommendation, Plaintiff's motion for an order for injunctive relief [Dkt. #82], Plaintiff's objections, and the remaining record, hereby finds and ORDERS:

　　(1)　The Magistrate Judge's Report and Recommendation is approved and adopted;

　　(2)　Plaintiff's motion for an order for injunctive relief [Dkt. #82] is **DENIED**; and

ORDER
Page - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

DATED this 23rd day of November, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE