UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LESLIE WYN BOWDEN,<br><br>        Plaintiff,<br><br>vs<br><br>CHRISTINE O. GREGOIRE, et al.,<br><br>        Defendant. | CV08-5516FDB<br><br>MINUTE ORDER |

NOW, on this 4th day of February, 2010, the Court directs the Clerk to enter the following Minute Order:

    Defendants' Motion to continue Deadline is GRANTED.
    Joint Status Report deadline is extended to March 19, 2010.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

                                                **/s/ Pat LeFrois**
                                                Pat LeFrois
                                                Courtroom Deputy