# United States District Court
WESTERN DISTRICT OF WASHINGTON

LESLIE WYN BOWDEN

    v.

CHRISTINE O. GREGOIRE, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5516FDB

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

Defendants' motion for summary judgment (Dkt. #89) is **GRANTED**;

Plaintiff's cross motion for summary judgment (Dkt. #102) is **DENIED**; and

Plaintiff's complaint is **DISMISSED**.

| | |
|---|---|
| March 9, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |